# United States District Court

## CENTRAL DISTRICT OF UTAH

**EXHIBIT AND WITNESS LIST**

USA v. Shumway, et al

CASE NUMBER: 2:09-cr-45

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ted Stewart | Rich McKelvie, Carlie Chistensen | M. Lewis, S. Osburn, M. Cannon |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/23/10 | Patti Walker | Sandy Malley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Wit |   | 2/23/10 |   |   | Jason Caffey, Chief Law Enforcement Ranger |
| 3 |   | " | x | x | Advice of Rights Waiver |
|   | A | " | x | NO |   |
|   | B | " | x | x | Arrest Warrant executed on Mr. Lacey |
|   | C | " | x | x | Caffey's report of interview and arrest of Lacey |
| 2 |   | " | x | x | Consent to Search document |
| Wit |   | " |   |   | Scott Kotlowski, Sr. Law Enforcement Officer |
| 1 |   | " | x | x | Copy of Kotlowski's Miranda Rights card |
|   | Wit | " |   |   | David A. Lacy |
|   | E | " | x | x | Photo of chairs in master bedroom (under construction) |
|   | F | " | x | x | Photo looking from master bedroom to room containing artifacts |
|   | Wit | " |   |   | Tyrel Lacy Saunders (daughter) |
|   | Wit | " |   |   | David E. Lacy (son) |