CARLIE CHRISTENSEN, Acting United States Attorney (#0633)
RICHARD D. McKELVIE, Assistant United States Attorney (#2205)
Attorneys for the United States of America
185 South State Street, #300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:09-CR-00045 TS |
| Plaintiff, | : | |
| v. | : | SUPPLEMENTAL NOTIFICATION OF DISCOVERY COMPLIANCE |
| | : | |
| KEVIN SHUMWAY, et al, | | JUDGE TED STEWART |
| | : | |
| Defendants. | : | |

_____

The United States of America, through the undersigned, pursuant to DUCrimR 16-1(h), and pursuant to its Statement of Discovery Protocol filed in this case, provides notice of the following disclosures to counsel for the defendant:

1. CD Labeled Supplemental Discovery 1, bates numbered SUPP_00001-000145

2. AUDIO CD Labeled Supplemental Discovery 2, bates numbered SUPP_000146

3. CD Labeled Supplemental Discovery 3, bates numbered SUPP_000147

4.  AUDIO DVD Labeled Supplemental Discovery 4, bates numbered

SUPP_000148

DATED this 26th  day of February, 2010.

                                              CARLIE CHRISTENSEN
                                              Acting United States Attorney


                                              _/s/ Richard D. McKelvie_____

                                              Richard D. McKelvie

                                              Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing SUPPLEMENTAL NOTIFICATION OF COMPLIANCE was mailed by FEDEX to counsel listed below, this 26th day of February 2010.

**Summer R. Osburn**
DAVID V FINLAYSON LLC
43 E 400 S
SALT LAKE CITY , UT 84111
*Attorney for Kevin Shumway*

**Heather E. Harris**
SCOTT C WILLIAMS LLC
43 E 400 S
SALT LAKE CITY , UT 84111

*Attorney for Sharon Shumway*

**Matthew R. Lewis**
RAY QUINNEY & NEBEKER (SLC)
36 S STATE ST STE 1400
PO BOX 45385
SALT LAKE CITY , UT 84145-0385

*Attorney for David Lacy*

                                             */s/ Kristine Osmond*
                                             United States Attorney's Office