Matthew R. Lewis (7919)
Matthew M. Cannon (11265)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, #1400
Salt Lake City, Utah  84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
mlewis@rqn.com
mcannon@rqn.com

*Attorneys for Defendant David A. Lacy*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiffs,<br><br>vs.<br><br>**DAVID A. LACY,** an individual,<br><br>Defendant. | **VOLUNTARY WITHDRAWAL OF MOTION TO DISMISS**<br><br>Civil No. 2:09-cr-00045<br><br>Judge Ted Stewart |

Defendant, David A. Lacy, by and through his counsel of record, hereby files this voluntary withdrawal of his motion to dismiss filed on January 15, 2010 (Docket No. 57).

DATED this 15th day of March 2010.

                RAY QUINNEY & NEBEKER P.C.


                /s/  Matthew M. Cannon
                Matthew R. Lewis
                Matthew M. Cannon

                *Attorneys for Defendant David A. Lacy*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Carlie Christensen
    carlie.christensen@usdoj.gov

    Cy H. Castle
    cy.castle@usdoj.gov

    Richard D. McKelvie
    richard.mckelvie@usdoj.gov


                                               /s/ Brandy Judd

1075613